Dan M. Russell, Jr. United States Courthouse
United States District Court
Southern District of Mississippi
2012 15th Street, Suite 614
Gulfport, MS 39501

Dan M. Russell, Jr.
Senior U.S. District Judge

Tel. (228) 563-1744

August 12, 2008

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544
(202) 502-1850

**Via Facsimile**
(202) 502-1899
and original in mail

**RE: Calendar Year 2007 Filing clarification response**

Dear Judge Smith and Committee:

Please disregard my request for an extension which I submitted via facsimile yesterday as I no longer need an extension. My response to the committee's inquiries regarding an explanation of Part VII, page 5, line 34 and page 6, lines 35 and 36 of my Calendar Year 2007 Financial Disclosure Report is as follows:

In Part VII, Page 5, line 34, Chevron USA on the 2007 report, is the same property reported in 2006 on page 5, line 23, as Unocal Domestic Operations-Mobile Co. Al.;

In Part VII, Page 6, line 35, Foremost Operating LLC on the 2007 report, is the same property reported in 2006 on page 6, line 37, as EOTT Energy-Foremost Operations Co.;

In Part VII, Page 6, line 36, Venture Oil and Gas on the 2007 report, was reported on the 2006 report on page 5, line 25, as IP. Petroleum Co., Inc., Hancock County, MS.

Sincerely,

Dan M. Russell, Jr.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RUSSELL, JR.,, DAN M | SO DISTRICT OF MISSISSIPPI | 05/05/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U. S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2012 15TH ST., SUITE 614<br>GULFPORT, MS 39501 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2018 MAY 14 P 12: 26
FINANCIAL DISCLOSURE OFFICE

☑003/011

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Public Employees Retirement System(MS) | $904 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Nuveen Investment Quality Municipal Bonds | A | Dividend | K | T | | | | | |
| 2. Checking Account-Hancock Bank, Gulfport, Ms | A | Interest | J | T | | | | | |
| 3. Checking Account-Bancorp South, Gulfport,Ms | A | Interest | J | T | | | | | |
| 4. Money Mkt Account-Bancorp South, Gulfport, Ms | B | Interest | N | T | | | | | |
| 5. Adams Co. MS Bonds | A | Interest | | | REDEEMED | 03/07 | K | | THRU7 UBS FIN SER |
| 6. Jackson Co. MS Port Impt Proj Bonds | A | Interest | J | T | | | | | |
| 7. Gulfport Miss Hosp Bonds | A | Interest | K | T | | | | | |
| 8. MS State Bldg Lease Rev CTFS Partn Ser A Bond | A | Interest | J | T | | | | | |
| 9. Gulfport-Biloxi Rngl Arpt Auth Miss Arpt Rev Bonds | A | Interest | J | T | | | | | |
| 10. First Trust Mississippi Advantage. series 8 | A | Interest | J | T | | | | | |
| 11. UIT Nuveen Tax Free 331-M | A | Interest | K | T | | | | | |
| 12. Nuveen Tax Exemp Unit Trust 520-M | A | Interest | L | T | | | | | |
| 13. Note-William N Rivenbark | D | Interest | L | U | Amortization | 12/31 | J | | Rivenbark |
| 14. STOCK-SUN SOURCE(HILLMAN GROUP) | B | Dividend | K | T | | | | | |
| 15. CSV LIFE INSURANCE | | None | K | W | | | | | |
| 16. NOTE-DIXON | D | Interest | M | U | Amortization | 12/31 | J | | DIXON |
| 17. UBS Financial Services(UBS BANK USA) | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| | N -$250,000 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | | P4 -More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal | R -Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Plains Marketing, L. P.-Adams Co MS | D | Royalty | J | W | | | | | |
| 19. Unocal Domestic OperationS-Mobile Co. AL | | None | J | W | | | | | NON-PRODUCING MINERALS |
| 20. Marshall R Young Oil Co. Hancock Co. MS | | None | J | W | | | | | NON-PRODUCING MINERALS |
| 21. IP Petroleum Co., Inc. Hancock Co MS | | None | J | W | | | | | NON-PRODUCING MINERALS |
| 22. Bay Gas LLC Hancock Co MS | | None | J | W | | | | | NON-PRODUCING MINERALS |
| 23. Denbury Resources, Madison County, M# | | None | J | W | | | | | NON-PRODUCINO MINERALS |
| 24. Stock-Watson Industries, Inc | | None | K | T | | | | | |
| 25. BLACKROCK MUNI INCOME TRUST | C | Interest | K | T | | | | | |
| 26. BLACKROCK MUNI INCOME TRUST | D | Interest | M | T | | | | | |
| 27. BLACKROCK INVST QUALITY MUNI TR | D | Interest | M | T | | | | | |
| 28. FALCON OIL & GAS | | None | J | T | | | | | |
| 29. CD-MACON BANK NC US | C | Interest | | | REDEEMED | 8/2 | L | | |
| 30. EOTT ENERGY-FOREMOST OPER CO | | None | J | W | | | | | |
| 31. BK HAPOALIM BM NY US | | None | L | T | BUY | 10/09 | L | | THRU UBS FIN |
| 32. RABOBANK NATL CA US | A | Interest | L | T | BUY | 10/05 | L | | THRU USB FIN |
| 33. HYBRID TECHNOLGIES | | None | J | T | STOCK DIV | 01/07 | J | | SEE PT VIII FOR EXPLANATIO |
| 34. CHEVRON USA | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FOREMOST OPERATING LLC | A | Royalty | J | W | | | | | |
| 36. VENUTURE OIL & GAS | A | Royalty | J | W | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

05/06/2008 10:37 FAX 6016125666 GLENN PITTS, ...

FINANCIAL DISCLOSURE REPORT

Page 7 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE ASSET LISTED ON LINE 33 WAS ACQUIRED AS THE RESULT OF A STOCK DIVIDEND. ON THE 2006 REPORT ALL OF THIS STOCK WAS REPORTED AS SOLD. HOWEVER, A STOCK DIVIDEND DECLARED AND UNISSUED WAS NOT REPORRTED ON THE 2006 REPORT. THIS STOCK WAS ISSSUED AFTER THE END OF THE YEAR, 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/05/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544